PROVIDED TO
HAMILTON C.I.
Rev. 5/20

SEP 29 2023

RECEIVED BY _ml_
FOR MAILING

## United States District Court
Middle District of Florida
Fort Myers Division

Ryan Keith Williams
_(In the space above enter the full legal name of the plaintiff)_

-against-

Bill Prummell, Tamantha Poulton, Beverly, H. Bartolotta, Kern, M., B. Sasho, J. Thompson, J. Jordan, Ledoux, M., and Medical Services-Corizon Health; Captain R. Barber,

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)_

Case No. 2:23-cv-833-JLB-KCD
(To be filled out by Clerk's Office only)

## COMPLAINT
(_Pro Se_ Confined Litigant)

Jury Demand?
☐ Yes
☒ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Rev. 5/20

I. **COMPLAINT**

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

II. **PLAINTIFF INFORMATION**

Williams Ryan Keith
Name (Last, First, MI)                                      Aliases

A-W32772
Identification #

Hamilton Corrections Institution Annex
Place of Detention

10650 S.W. 46th Street
Institutional Address

Jasper, FL. 32052
County, City                State                Zip Code

III. **STATUS**

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Rev. 5/20

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:  J. Thompson
Name (Last, First)

Property Supervisor Clerk/Property Room Clerk
Current Job Title

26601 Airport Road
Current Work Address

Punta Gorda,      FL.      33982
County, City       State    Zip Code


Defendant 2:  Mrs. Ledoux, M.
Name (Last, First)

Legal Mail Clerk & Programs Clerk
Current Job Title

26601 Airport Road
Current Work Address

Punta Gorda,      FL.      33982
County, City       State    Zip Code

Rev. 5/20

**Defendant(s) Continued**

Defendant 3:  Mrs. Jordan, J.
Name (Last, First)

Legal Mail Clerk & Programs Clerk
Current Job Title

26601 Airport Road
Current Work Address

Punta Gorda, FL.  33982
County, City     State     Zip Code

Defendant 4:  Mrs. Poulton, Tamantha
Name (Last, First)

Mail, Legal Mail & Property Room Supervisor Clerk
Current Job Title

26601 Airport Road
Current Work Address

Punta Gorda, FL.  33982
County, City     State     Zip Code

[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

Section IV

Defendant(s) Continued

Defendant 5: **Bartolotta, H.**
Name (Last, First)

Jail Sargent Supervisor
Current Job Title

26601 Airport Road
Current Work Address

Punta Gorda, FL.    33982
County, City    State    Zip Code

Defendant 6: **Kern, M.**
Name (Last, First)

Jail Sargent Supervisor
Current Job Title

26601 Airport Road
Current Work Address

Punta Gorda, FL.    33982
County, City    State    Zip Code

Defendant 7: **Susko, B.**
Name (Last, First)

Lt. Supervisor of Jail/Sargent
Current Job Title

26601 Airport Road
Current Work Address

Punta Gorda, FL. 33982
County, City    State    Zip Code

Section IV

Defendant(s) Continued

Defendant 8: Beverly
Name (Last, First)

Corporal, Supervisor
Current Job Title

26601 Airport Road
Current Work Address

Punta Gord, FL.    33982
County, City    State    Zip Code


Defendant 9: Barber, R.
Name (Last, First)

Jail Captain Supervisor
Current Job Title

26601 Airport Road
Current Work Address

Punta Gorda, FL.    33982
County, City    State    Zip Code


Defendant 10: Prummell, Bill
Name (Last, First)

Head of Charlotte County Sheriff Office, Florida
Current Job Title

26601 Airport Road
Current Work Address

Punta Gorda, FL.    33982
County, City    State    Zip Code

Section IV

Defendant(s) Continued
Defendant 11: **CORIZON HEALTH INC. Staffs**
Name

**Nurses & Mental Health services**
Current Job Title(s)

**26601 Airport Road**
Current Work Address

**Punta Gorda,    FL.    33982**
County, City      State    Zip Code

Rev. 5/20

## V. STATEMENT OF CLAIM

Place(s) of occurrence: H239 Pod/Dormitory Charlotte County Sheriff Office Jail, 26601 Airport Rd.

Date(s) of occurrence: 07-29-2023 to 08-23-2023 until transfered.

State which of your federal constitutional or federal statutory rights have been violated:

My Sixth Amendment's Right and Eighth Amendment's Right

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you. All facts shall be set forth in separately numbered paragraphs. See Fed. R. Civ. P. 10(b).*

FACTS:

[What happened to you?]

I was hindered from properly entering in to the courts in the proper time frame manner. And I was denied access to my own legal Law work for a long long time. I also was prolonged access to getting legal Supplies. I was Stopped from entering into United States District Court, Middle District of Florida, Fort Myers Division. I have wrote Multiple Grievances through Tablet to Supervisor Officials of the Jail and I was ignore too long and then give little supplies later when I put them on the spot, to their Supervisor Bill prummell by letter. I later felt like I was being retaliated upon and Stressed that I won't be heard when Send out Legal mail to report illegal actions.

I wrote Sick calls & Medical Grievances about my

Page 5 of 10

**Who did what?**

Mental changes and other medical need and they haven't done nothing since I've been in their custody. I was given copies of what the medical Nurse & Supervisor said they was going to do, But never gave me any Services or proper Services. They've prolonged me till I transfered.

I have written Requests & Grievances on property Mail Room Clerk Mrs J. Thompson for denying me my property out of Property room multiple of times. I wrote Grievances to her Supervisor and it was prolonged, delayed for a long time. My property contains My Legal Work and Motions that I was working on and Motion that I was suppouse to send out to help with my case 6D23-2517. I was also prolonged by their Supervisor Tamantha Poulton, I then seen that I was getting retaliated upon by the staff's there at C.C.S.O. 26601 Airport Road, Punta Gorda, FL. 33982. I notified their Legal Mail & Programs Clerks and Mrs. M. Ledoux and Mrs. J. Jordan denied and prolonged me of My Legal documents and Legal Supplies. I wrote more Grievances through the Jail facility level, and they were stopped by other Supervisors of the Jail, Beverly-Corporal, H. Bartolotta, M. Kern, B. Susko and again by Tamantha Poulton, from going up to the chain of command level(s). This has been on going. I was kept been lied to. Later on in August 2023 I was give some legal supplies and none of the right supplies and still not give My Legal Law Work while in cell. I notified Captain R. Barber

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

Captain R. Barber said write to the right department, I have no contorl over my Legal mail & Legal Documents issuse, And also Medical & Mental Health issuses. I told him I have, And they won't do anything And I am not geting any responses back in the proper time frame manner by policy and procedure. He ignored me too. I then Wrote to Bill Prummell of the head of the Charlotte County Sheriff Office, Jail, 7474 Utilities Road, Punta Gorda, Florida, 33982 And he too ignored my 2 letters of Grievances or he didn't received them by mail. When I found out that I was being hinderd from entering into the courts and reporting abuse, I started having body malfuctioning issuses of mental stress, paranoid and angry problems. And other issuses arised. I continued to write sick calls to medical and I was ignored. I wrote to mental Health and I was prolonged a lied to about seeing me soon. I wrote numerous of Mental Health and Medical Grievances and they were not answered for 29 days I wasn't seen for my sickness & mental ill situation issuse. I was transfered on 08-25-2023 to Hamilton C.I. Annex, 10650 S.W. 46th Street, Jasper, FL. 32052. Jail Officails and Medical Nurses & Mental Health specialist neglected me. Mental Health & Medical neglegence. I left the Jail without my Diabetic meds and others for 11½ hours and medical & mental Health staff's has not sent no Medical & Mental Health follow up documented form(s) with the transportation Officers/Security Officers to give prison Gaurd Officers to give to the Medical Department at Hamilton C.I. Annex. And wright now I'm still having body malfunctions that hinders me from doing sertant activities. I also was delayed from filing this 1983 civil act form as well too.

Page 6 of 10

No.

> Was anyone else involved?

Rev. 5/20

## VI. ADMINISTRATIVE PROCEDURES

*WARNING:* **Prisoners** *must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

The actions C.C.S.O. Florida Jail Officials and Corizon Health Services, Inc. has taken and not done caused me real damages. I would like the court to order a court order warant for Requests, Grievances Documents and Medical & Mental Health Record Documents for facts of illegal actions taken by Jail & Medical Mental Health Staffs, Then I would like to sue for $3.7.2 million dollors

Rev. 5/20

## VIII. LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a **prisoner** from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

*ALL LITIGANTS MUST ANSWER:*.

Have you to date brought any other lawsuits in state or federal court while a confined?   ☑ Yes   ☐ No

If yes, how many? 3 or 4, I can't remember

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Medical issuses at Desoto, Failtier to State Claim, Forgot case Number

Martin C.J. Annex Legal mail & medical issuses, Taken by feds and News Station. I forgot case number.

Charlotte County Sheriff Office, Jail. About legal Mails Stopped from reporting unlawful arresst Racial profiling and to report abuuse, Topture by Staffs And Medical & Mental Health Staffs. The case was close because I didn't sent proper form in Case Number 2:23-cv-00367-SPC-NPM 07-19-2023 I filed another one like I was instructed to do. Case Number 2:23-cv-JES-NPM

Rev. 5/20

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

09/29/2023
Dated

[signature]
Plaintiff's Signature

Williams Ryan Keith
Printed Name (Last, First, MI)

A-W32772
Identification #

Hamilton C.I. Annex, Jasper, FL
Institutional Name / City / State / Zip Code